UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL MATTICK, | ) | Case No.: 11-5085 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | |
| GREAT WEST CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed by and between the plaintiff, Michael Mattick; and the defendant; Great West Casualty Company; by their attorneys, plaintiff's Complaint may be dismissed on its merits, with prejudice, and without costs or further notice to any party.

Dated: 6-26, 2012.

ABOUREZK LAW FIRM

By: _____
Michael Abourezk
P.O. Box 9460
Rapid City, SD 57709
E-mail: mike@abourezk.com

*Attorneys for plaintiff Michael Mattick*

Dated: June 29, 2012.

GUNDERSON, PALMER, NELSON
& ASHMORE, LLP

By: _____
J. Crisman Palmer
P.O. Box 8045
Rapid City, SD 57709
E-mail: cpalmer@gpnalaw.com

*Attorneys for defendant Great Western Casualty Company*