UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL MATTICK, | ) | CIV. 11-5085-JLV |
| | ) | |
| Plaintiff, | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| GREAT WESTERN CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation for dismissal (Docket 16), it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed on its merits with prejudice and without costs or further notice to any party.

Dated June 29, 2012.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE